IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

JIMMY REYNOLDS                                                            PLAINTIFF

vs.                                  Civil No. 6:08-cv-06097

MICHAEL J. ASTRUE                                          DEFENDANT
Commissioner, Social Security Administration

## **JUDGMENT**

Comes now the Court on this the 13th day of January, 2010, in accordance with the Memorandum Opinion entered in the above-styled case on today's date, and hereby considers, orders, and adjudicates that the decision of the Commissioner of the Social Security Administration is **AFFIRMED** and Plaintiff's Complaint is hereby dismissed with prejudice.

    **IT IS SO ORDERED.**

                                                                          /s/ Barry A. Bryant
                                                                          HON. BARRY A. BRYANT
                                                                          U. S. MAGISTRATE JUDGE